Robert Feldman
Tyson M. Lomazow
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone No. (212) 310-8000
Facsmile No. (212) 310-8007
E-Mail: robert.feldman@weil.com
E-Mail: tyson.lomazow@weil.com

Peter C. Bernhard
Nevada State Bar No. 734
Georganne W. Bradley
Nevada State Bar No. 1105
BULLIVANT HOUSER BAILEY PC
3980 Howard Hughes Parkway, Suite 550
Las Vegas, Nevada 89169
Telephone No. (702) 650-6565
Facsimile No. (702) 650-2995
E-Mail: peter.bernhard@bullivant.com
E-Mail: georganne.bradley@bullivant.com

Counsel for Compass Financial Partners LLC

**E-FILED on March 26, 2007**

**Bullivant|Houser|Bailey PC**
3980 Howard Hughes Pkwy., Suite. 550
Las Vegas, NV 89169
Telephone: (702) 650-6565
Facsimile: (702) 650-2995

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **Adversary No. 06-1212 LBR**<br><br>**NOTICE OF ELECTION TO PROSECUTE AND DEFEND PENDING LITIGATION, PURSUANT TO DEBTORS' CONFIRMED CHAPTER 11 PLAN OF REORGANIZATION** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date: N/A<br>Time: N/A |

Bullivant|Houser|Bailey PC
3980 Howard Hughes Pkwy., Suite. 550
Las Vegas, NV 89169
Telephone: (702) 650-6565
Facsimile: (702) 650-2995

| | |
|---|---|
| BINFORD MEDICAL DEVELOPERS, LLC, an Indiana Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>USA COMMERCIAL MORTGAGE COMPANY and FIDELITY NATIONAL TITLE GROUP,<br><br>Defendants. | |
| USA COMMERCIAL MORTGAGE COMPANY,<br><br>Counterclaimant,<br><br>vs.<br><br>BINFORD MEDICAL DEVELOPERS LLC, an Indiana Limited Liability Company,<br><br>Counterdefendant. | |

The Debtors' Third Amended Plan, as amended or modified by the Confirmation Order entered January 8, 2007 (the "Confirmed Plan"), provides, among other things, as follows:

> Pending Litigation shall be prosecuted or defended by the Asset Purchaser, as appropriate, if the Asset Acquirer, in its sole discretion, agrees to do so in writing within ten (10) Business Days of the Effective Date of the Plan. If Asset Purchaser does not agree to prosecute or defend the Pending Litigation, the Pending Litigation shall automatically transfer to the USACM Trust, and USACM may, in its discretion, prosecute or defend the Pending Litigation.

*See* Confirmed Plan, Section IV(D)(1). The term "Pending Litigation" is defined in the Plan as "all actions Filed against USACM as of the Effective Date …", and the term "Filed" is defined as actions filed and served within these jointly administered Chapter 11 proceedings.

Compass Financial Partners LLC ("Compass"), as successor-interest to Compass USA SPE, LLC, is the Asset Purchaser under the Plan. Compass has elected to prosecute and defend one of the Pending Litigation matters: <u>Binford Medical Developers, LLC v. USA Commercial Mortgage Company and Fidelity National Title Group</u>, Adversary No. 06-01212 LBR, including USA Commercial Mortgage Company's counterclaim against Binford Medical Developers, LLC (collectively, the "Binford Litigation").

This Notice is intended to and shall constitute evidence of Compass' agreement to prosecute and defend the Binford Litigation, pursuant to Section IV(D)(1) of the Confirmed Plan.

DATED this 26th day of March, 2007.

WEIL, GOTSHAL & MANGES LLP
-and-
BULLIVANT HOUSER BAILEY PC

By: Georganne W. Bradley
Peter C. Bernhard (NV Bar No. 734)
Georganne W. Bradley (NV Bar No. 1105)
3980 Howard Hughes Pkwy., Ste. 550
Las Vegas, Nevada 89169

Attorneys for Compass Financial Partners LLC

Bullivant|Houser|Bailey PC
3980 Howard Hughes Pkwy., Suite. 550
Las Vegas, NV 89169
Telephone: (702) 650-6565
Facsimile: (702) 650-2995