**Entered on Docket**
**May 21, 2007**

**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

Robert Feldman
Tyson M. Lomazow
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone No. (212) 310-8000
Facsimile No. (212) 310-8007
E-Mail: robert.feldman@weil.com
E-Mail: tyson.lomazow@weil.com

Peter C. Bernhard, NV Bar No. 734
Georganne W. Bradley, NV Bar No. 1105
Timothy J. Geswein, NV Bar No. 10049
BULLIVANT HOUSER BAILEY PC
3980 Howard Hughes Parkway, Suite 550
Las Vegas, Nevada 89169
Telephone No.(702) 650-6565
Facsimile No. (702) 650-2995
E-Mail: peter.bernhard@bullivant.com
E-Mail: georganne.bradley@bullivant.com
E-Mail: tim.geswein@bullivant.com

Counsel for Compass Financial Partners LLC

**Bullivant|Houser|Bailey PC**
3980 Howard Hughes Parkway, Suite 550
Las Vegas, Nevada 89169
Telephone: (702) 650-6565
Facsimile: (702) 650-2995

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: USA COMMERCIAL MORTGAGE COMPANY, Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re: USA CAPITAL REALTY ADVISORS, LLC, Debtor. | Chapter 11 |
| In re: USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor. | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| In re: USA CAPITAL FIRST TRUST DEED FUND, LLC, Debtor. | **Adversary No. 06-1212 LBR** |
| In re: USA SECURITIES, LLC, | **STIPULATION AND ORDER REGARDING PARTY SUBSTITUTION** |

Bullivant|Houser|Bailey PC
3980 Howard Hughes Parkway, Suite. 550
Las Vegas, Nevada 89169
Telephone: (702) 650-6565
Facsimile: (702) 650-2995

| | |
|---|---|
| Debtor.<br>Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date: N/A<br>Time: N/A |
| BINFORD MEDICAL DEVELOPERS, LLC, an Indiana Limited Liability Company,<br>Plaintiff,<br>vs.<br>USA COMMERCIAL MORTGAGE COMPANY and FIDELITY NATIONAL TITLE GROUP,<br>Defendants. | |
| USA COMMERCIAL MORTGAGE COMPANY,<br>Counterclaimant,<br>vs.<br>BINFORD MEDICAL DEVELOPERS LLC, an Indiana Limited Liability Company,<br>Counterdefendant. | |

## STIPULATION

COME NOW, Compass Financial Partners LLC ("Compass Financial"), by and through its attorneys at the law firm of Bullivant Houser Bailey, PC, Plaintiff Binford Medical Developers, LLC ("Binford Medical"), by and through its attorneys at the law firm of Deaner, Deaner, Scann, Malan & Larsen, Defendant USA Commercial Mortgage Company, by and through its attorneys at Schwartzer & McPherson Law Firm, and Defendant Fidelity National Title Company, by and through its Counsel, and submit the following Stipulation Regarding Party Substitution:

///

Bullivant|Houser|Bailey PC
3980 Howard Hughes Parkway, Suite 550
Las Vegas, Nevada 89169
Telephone: (702) 650-6565
Facsimile: (702) 650-2995

1. Compass Financial, as successor-interest to Compass USA SPE, LLC, is the Asset Purchaser under the Bankruptcy Plan.

2. The effective date of the Bankruptcy Plan was March 12, 2007.

3. The Bankruptcy Plan permits the Asset Purchaser to, in the Asset Purchaser's sole discretion, prosecute or defend any Pending Litigation if the Asset Purchaser agrees to do so in writing within 10 business days of the Bankruptcy Plan's effective date. *Confirmed Plan*, Section IV(D)(1).

4. Pursuant to the Bankruptcy Plan, Compass Financial elected to prosecute and defend the Pending Litigation matter known as Binford Medical Developers, LLC v. USA Commercial Mortgage Company and Fidelity National Title Group, Adversary No. 06-01212 LBR, including USA Commercial Mortgage Company's counterclaim against Binford Medical Developers, LLC (collectively, the "Binford Litigation").

5. Compass Financial noticed its intent via e-filing on March 26, 2007.

6. This Court has the power to substitute parties via Civil Rule 25. FED R. BANKRUPTCY 7025 (2005).

7. USA Commercial Mortgage Company will no longer be a party in this adversary proceeding.

8. Ray, Quinney & Nebeker, P.C. and Schwartzer & McPherson Law Firm will no longer be counsel of record in this adversary proceeding and shall be removed from the e-filing notice list.

///

Bullivant|Houser|Bailey PC
3980 Howard Hughes Parkway, Suite 550
Las Vegas, Nevada 89169
Telephone: (702) 650-6565
Facsimile: (702) 650-2995

9. Civil Rule 25 permits the party substitution within 90 days of the transfer of the party's interest. FED. R. CIV. P. 25(c) (2005).

DATED this _______ day of April, 2007.

BULLIVANT HOUSER BAILEY, P.C.

By: [signature]
Georganne Bradley, NSB 1105
Timothy J. Geswein, NSB 10049
3980 Howard Hughes Parkway, Suite 550
Las Vegas, Nevada 89169
*Attorneys for Compass Financial Partners LLC*

DEANER, DEANER, SCANN, MALAN & LARSEN

By:________________________
Susan Williams Scann, NSB 776
720 S Fourth Street, Suite 300
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

FIDELITY NATIONAL TITLE INSURANCE COMPANY

By: [signature]
Debra Look, Esq.
Fidelity National Title Insurance Company
17911 Von Karman Avenue, Suite 300
Irvine, CA 92614
Richmond, VA 23226
*Vice President and Senior Claims Counsel*

SCHWARTZER & MCPHEERSON LAW FIRM

By:________________________
Lenard E. Schwartzer, NSB 399
2850 S. Jones Blvd, Suite 1
Las Vegas, Nevada 89146-7590
*Attorneys for Defendant*

Submitted by:

BULLIVANT HOUSER BAILEY, PC

By: [signature]
Georganne Bradley, Nevada Bar No. 1105
Timothy J. Geswein, Nevada Bar No. 10049
3980 Howard Hughes Parkway, Suite 550
Las Vegas, Nevada 89169

*Attorneys for Compass Financial Partners LLC*

7024649.1

9. Civil Rule 25 permits the party substitution within 90 days of the transfer of the party's interest. FED. R. CIV. P. 25(c) (2005).

DATED this _______ day of April, 2007.

BULLIVANT HOUSER BAILEY, P.C.

By:______________________________
Georganne Bradley, NSB 1105
Timothy J. Geswein, NSB 10049
3980 Howard Hughes Parkway, Suite 550
Las Vegas, Nevada 89169
*Attorneys for Compass Financial Partners LLC*

DEANER, DEANER, SCANN, MALAN & LARSEN

By:______________________________
Susan Williams Scann, NSB 776
720 S Fourth Street, Suite 300
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

FIDELITY NATIONAL TITLE INSURANCE COMPANY

By:______________________________
Debra Look, Esq.
Fidelity National Title Insurance Company
17911 Von Karman Avenue, Suite 300
Irvine, CA 92614
Richmond, VA 23226
*Vice President and Senior Claims Counsel*

SCHWARTZER & MCPHEERSON LAW FIRM

By:______________________________
Lenard E. Schwartzer, NSB 399
2850 S. Jones Blvd, Suite 1
Las Vegas, Nevada 89146-7590
*Attorneys for Defendant*

Submitted by:

BULLIVANT HOUSER BAILEY, PC

By:______________________________
Georganne Bradley, Nevada Bar No. 1105
Timothy J. Geswein, Nevada Bar No. 10049
3980 Howard Hughes Parkway, Suite 550
Las Vegas, Nevada 89169

*Attorneys for Compass Financial Partners LLC*

7024649 1

Bullivant|Houser|Bailey PC
3980 Howard Hughes Parkway, Suite 550
Las Vegas, Nevada 89169
Telephone: (702) 650-6565
Facsimile: (702) 650-2995

9. Civil Rule 25 permits the party substitution within 90 days of the transfer of the party's interest. FED. R. CIV. P. 25(c) (2005).

DATED this _______ day of April, 2007.

BULLIVANT HOUSER BAILEY, P.C.

By:______________________________
Georganne Bradley, NSB 1105
Timothy J. Geswein, NSB 10049
3980 Howard Hughes Parkway, Suite 550
Las Vegas, Nevada 89169
*Attorneys for Compass Financial Partners LLC*

DEANER, DEANER, SCANN, MALAN & LARSEN

By:______________________________
Susan Williams Scann, NSB 776
720 S Fourth Street, Suite 300
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

FIDELITY NATIONAL TITLE INSURANCE COMPANY

By:______________________________
Debra Look, Esq.
Fidelity National Title Insurance Company
17911 Von Karman Avenue, Suite 300
Irvine, CA 92614
Richmond, VA 23226
*Vice President and Senior Claims Counsel*

SCHWARTZER & MCPHEERSON LAW FIRM

By:______________________________
Lenard E. Schwartzer, NSB 399
2850 S. Jones Blvd, Suite 1
Las Vegas, Nevada 89146-7590
*Attorneys for Defendant*

Submitted by:

BULLIVANT HOUSER BAILEY, PC

By:______________________________
Georganne Bradley, Nevada Bar No. 1105
Timothy J. Geswein, Nevada Bar No. 10049
3980 Howard Hughes Parkway, Suite 550
Las Vegas, Nevada 89169

*Attorneys for Compass Financial Partners LLC*

7024649.1

Bullivant|Houser|Bailey PC
3980 Howard Hughes Parkway, Suite 550
Las Vegas, Nevada 89169
Telephone: (702) 650-6565
Facsimile: (702) 650-2995