**Entered on Docket**
**April 11, 2008**

**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

SUSAN WILLIAMS SCANN, ESQ.
Nevada Bar No. 000776
PAUL R. CONNAGHAN, ESQ.
Nevada Bar No. 003229
**DEANER, DEANER, SCANN, MALAN & LARSEN**
720 South Fourth Street, Suite #300
Las Vegas, Nevada 89101 (702) 382-6911
Attorneys for Plaintiff Binford Medical Developers, LLC

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor, | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor, | Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**Adversary No. 06- 01212 -LBR** |
| In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor, | **STIPULATION AND ORDER DISMISSING FIDELITY NATIONAL TITLE COMPANY WITH PREJUDICE** |
| In re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor, | Affects:<br><br>■ USA Commercial Mortgage Company<br>☐USA Capital Diversified Trust Deed Fund, LLC<br>■USA Capital First Trust Deed Fund, LLC |

| | |
|---|---|
| In re:<br><br>USA SECURITIES, LLC,<br><br>Debtor, | ☐USA Securities, LLC<br>☐USA Realty Advisors, LLC<br>☐All Debtors<br><br>Date of Hearing: N/A<br>Time of Hearing: N/A |
| **BINFORD MEDICAL DEVELOPERS, LLC**, an Indiana Limited Liability Company,<br><br>Plaintiff,<br><br>-vs-<br><br>COMPASS FINANCIAL PARTNERS, LLC, and FIDELITY NATIONAL TITLE INSURANCE COMPANY,<br><br>Defendants. | **Adversary No. 06- 01212 -LBR**<br><br>**STIPULATION AND ORDER DISMISSING FIDELITY NATIONAL TITLE COMPANY WITH PREJUDICE** |

COMES NOW Plaintiff Binford Medical Developers, LLC ("Binford") and Defendant Compass Financial Partners, LLC ("Compass") and Defendant Fidelity National Title Insurance Company ("Fidelity"), by and through their undersigned attorneys, and hereby Stipulate and Agree as follows:

**RECITALS:**

WHEREAS Smith Development and Construction Company, Inc.("Smith"), an Indiana Corporation, which constructed the Binford building using funds loaned by USACM, filed an action in the Marion Superior Court for the State of Indiana, County of Marion, as Cause No. 49D07-0704-PL-17217 (the "Indiana Action") to enforce an agreement assigning to Smith the funds deposited by USACM into the Construction Control Account for the Binford Loan held by Fidelity; and

WHEREAS Binford, Compass and Fidelity, all of whom are parties in the Indiana action, stipulated along with Smith to deposit the $330,000.00 in loan proceeds remaining in the Construction Control Account at Fidelity with the Clerk of the Indiana Court pending the outcome of that litigation; and

WHEREAS the Indiana Court has approved the motion and authorized the dismissal of Fidelity from the Indiana action upon deposit of the account funds in the amount of $330,000.00 with the Clerk of the Court; and

WHEREAS, Fidelity has deposited the remaining loan proceeds with the Indiana Court as agreed;

NOW THEREFORE the parties hereto stipulate and agree as follows:

Pursuant to this Court's STIPULATION AND ORDER TO DEPOSIT FUNDS WITH INDIANA COURT of September 14, 2007; and Defendant Fidelity National Title Insurance Company having complied with that Order, all parties agree that Defendant Fidelity may be dismissed from this action with prejudice, each party to bear their own costs and fees.

DATED: 1/30/08.

DEANER, DEANER, SCANN,
MALAN & LARSEN

[signature]
SUSAN WILLIAMS SCANN, ESQ.
Nevada Bar No. 0776
720 South Fourth St., Suite 300
Las Vegas, NV 891001

Attorneys for Plaintiff

DATED: 1-30-08.

BULLIVANT | HOUSER | BAILEY, P.C.

[signature]
GEORGANNE BRADLEY, ESQ.
Nevada Bar No. 01105
3883 Howard Hughes Pkwy., Suite 550
Las Vegas, NV 89169

Attorneys for Defendant

DATED: ______________.

FIDELITY NATIONAL TITLE GROUP

See next page.
DEBORAH LOOK, V.P.
2390 East Camel Back Road, Suite 260
Phoenix, AZ 85016-1048

**ORDER**

The Court having read the Stipulation of the Parties, and good cause appearing therefore, it is hereby,

ORDERED, ADJUDGED AND DECREED that Fidelity having complied with this Court's previous Order of September 14, 2007 by depositing the balance of the construction control account for the Binford loan in the approximate amount of $330,000.00 in an interest bearing account with the Clerk

WHEREAS, Fidelity has deposited the remaining loan proceeds with the Indiana Court as agreed;

NOW THEREFORE the parties hereto stipulate and agree as follows:

Pursuant to this Court's STIPULATION AND ORDER TO DEPOSIT FUNDS WITH INDIANA COURT of September 14, 2007; and Defendant Fidelity National Title Insurance Company having complied with that Order, all parties agree that Defendant Fidelity may be dismissed from this action with prejudice, each party to bear their own costs and fees.

DATED: _______________.

DEANER, DEANER, SCANN, MALAN & LARSEN

See previous page

SUSAN WILLIAMS SCANN, ESQ.
Nevada Bar No. 0776
720 South Fourth St., Suite 300
Las Vegas, NV 891001

Attorneys for Plaintiff

DATED: _______________.

BULLIVANT | HOUSER | BAILEY, P.C.

See previous page

TIMOTHY GESWEIN, ESQ.
Nevada Bar No. 10049
3883 Howard Hughes Pkwy., Suite 550
Las Vegas, NV 89169

Attorneys for Defendant

DATED: 1/25/08.

FIDELITY NATIONAL TITLE GROUP

[signature]

DEBORAH LOOK, V.P.
2390 East Camel Back Road, Suite 260
Phoenix, AZ 85016-1048

**ORDER**

The Court having read the Stipulation of the Parties, and good cause appearing therefore, it is hereby,

ORDERED, ADJUDGED AND DECREED that Fidelity having complied with this Court's previous Order of September 14, 2007 by depositing the balance of the construction control account for the Binford loan in the approximate amount of $330,000.00 in an interest bearing account with the Clerk

of Court of Marion Superior Court for the State of Indiana, County Marion, Cause No. 49D07-0704-PL-17217, and good cause appearing therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that Defendant Fidelity shall be dismissed from this adversary proceeding with prejudice, each party to bear their own costs and fees in this portion of this case.

###

*Prepared and submitted by:*

DEANER, DEANER, SCANN,
MALAN and LARSEN

SUSAN WILLIAMS SCANN, ESQ.
Nevada Bar No. 000776
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Attorneys for Plaintiff
Binford Medical Developers, LLC